IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

REGINALD E. ROSE,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5298

Opinion filed May 4, 2016.

An appeal from an order of the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Reginald E. Rose, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., LEWIS and RAY, JJ. CONCUR.